Case 2:19-cv-00219   Document 23   Filed on 01/21/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CARSTAR FRANCHISOR SPV, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-219 |
| | § | |
| ALICE MOTOR COMPANY, LLC; dba | § | |
| CARSTAR COLLISION OF ALICE, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Order Granting Joint Motion to Dismiss Claims with Prejudice (D.E. 22), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 21st day of January, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE